### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-2357-EFM-ADM |
| ) | |
| CASEY'S GENERAL STORES, INC, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

The parties' Joint Motion Requesting the Entry of a Protective Order (ECF 14) is denied without prejudice for failure to demonstrate good cause. If the parties choose to submit a revised protective order, they must (1) file a renewed motion for entry of a protective order and attach a PDF of their revised, proposed protective order that incorporates the revisions and addresses the comments set forth in the attached Exhibit A; and (2) contemporaneously email the undersigned's chambers a Word version of their revised, proposed protective order.

**IT IS SO ORDERED**.

Dated September 5, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge